# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161608 & (19)(20)(21)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LONZIE WAYNE McQUIRTER,
    Defendant-Appellant.

SC: 161608
COA: 351729
Jackson CC: 90-053331-FC

_____/

    On order of the Court, the application for leave to appeal the March 24, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand, to compel discovery, and for a show cause order are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021

a0524

Clerk